# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| John Ryan, | Civil No. 08-5186 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| vs. | |
| City of St. Paul and Officers John Doe 1-3 (in their individual and official capacities), | |
| Defendants. | |

___

Pursuant to the parties' Stipulation to Dismiss All Claims Against Defendant Officers (Doc. No. 22), **IT IS ORDERED** that all claims raised by Plaintiff against St. Paul Police Officers John Doe 1-3 (in their individual and official capacities) are **DISMISSED WITH PREJUDICE** in their entirety, without costs, disbursements or fees to any party.

Dated: February 17, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
