# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

John Ryan,                                                  Civil No. 08-5186 (RHK/JJK)

              Plaintiff,                              **ORDER**

vs.

City of St. Paul, John Does 1-3,

              Defendants.

---

       Pursuant to the parties' Stipulation (Doc. No. 24), **IT IS ORDERED** that all claims raised by Plaintiff against Defendant City of St. Paul are **DISMISSED WITH PREJUDICE,** and without costs, disbursements or fees to any party.

       **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 31, 2010

                                           s/Richard H. Kyle
                                           RICHARD H. KYLE
                                           United States District Judge